[No. 65557-4-I.  Division One.  March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS A. ZAMUDIO-OROZCO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07750-5, Jay V. White, J., entered June 14, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Appelwick, JJ.

[No. 65564-7-I.  Division One.  March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY GRISBY III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06108-1, Carol A. Schapira, J., entered June 7, 2010. *Reversed* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 65578-7-I.  Division One.  March 12, 2012.]

*In the Matter of the Estate of* VIRGIL VICTOR BECKER, JR.

CATHERINE JANE BECKER ET AL., *Respondents*, v. JENNIFER WHITE, *as Personal Representative, Respondent*, NANCY BECKER, *Petitioner*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated April 5, 2012. Substitute opinion filed. See 167 Wn. App. 1036.

[No. 65743-7-I.  Division One.  March 12, 2012.]

*In the Matter of the Marriage of* MONINDER PAL, *Respondent*, and KULJIT SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-3-00537-1, Eric Z. Lucas, J., entered June 25, 2010. *Affirmed in part* and *dismissed in part* by unpublished opinion per Cox, J., concurred in by Ellington and Spearman, JJ.